UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04CR10360DPW |
| ) | CRIMINAL NO. |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 922(g)(1)- |
| CARLOS MEDINA ) | Felon in Possession of |
| ) | a Firearm |
| ) | |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm)

The Grand Jury charges that:

On or about June 12, 2002, at Lawrence, in the District of Massachusetts,

JOSE MONTANEZ,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Thompson Center Arms, Model Contender, .45 caliber/.410 gauge pistol, bearing serial number 413767.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_[signature]_
Foreperson of the Grand Jury

_[signature]_
James F. Lang
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                December 8, 2004

Returned into the District Court by the Grand Jurors and filed.

_[signature]_
Deputy Clerk

❧JS 45 (5/97) - (Revised USAO MA 1/15/04)

**04CR10360DPW**

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __II__   Investigating Agency __ATF__

City __Lawrence__                  Related Case Information:

County __Essex__                   Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Carlos Medina__                                   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  __6 Greenwood Street, Apt. 6, Lawrence, MA__

Birth date (Year only): __71__   SSN (last 4 #): __7083__  Sex __M__  Race: __Hispanic__   Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __James Lang__                                   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:     ☐ Complaint        ☐ Information        ☒ Indictment

Total # of Counts:     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/8/04                    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Carlos Medina

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**