UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-10360-DPW
)
CARLOS MEDINA )

**GOVERNMENT'S MOTION TO UNSEAL**
**INDICTMENT**

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on December 15, 2004 and that there is no further reason to keep the indictment secret. Further, the government requests that the indictment be unsealed so that a copy may be provided to the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James Lang
James Lang
Assistant U.S. Attorney

Date: December 15, 2004

*December 15, 2004. Allowed.*

*Marianne B. Bowler, USMJ*

DOCKETED