AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CARLOS MEDINA
6 Greenwood Street, Apt. 6
Lawrence, MA

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10360 DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Carols Medina_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm

in violation of Title _____ United States Code, Section(s) 922(g)(1)

_Catherine M. Gault_
Name of Issuing Officer

_Supervisor_
Title of Issuing Officer

_Catherine M. Gault_
Signature of Issuing Officer

12-8-04  Boston
Date and Location

RECEIVED
2004 DEC -8 P 4:10
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ATF

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/15/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.