# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CRIMINAL NO. 04-10360-DPW

UNITED STATES OF AMERICA

v.

CARLOS MEDINA

## *FINAL STATUS REPORT*

April 4, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with being a felon in possession of a firearm, was returned on December 8, 2004;

2. The defendant was arraigned on the Indictment on December 17, 2004;

3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately six witnesses and that the trial would last approximately three days;

5. Defense counsel has requested that a pretrial conference be scheduled before the district judge;

6. As of the date of this Final Status Report, time has been excluded through April 4, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge