UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   v.                                                CRIMINAL NO.

CARLOS MEDINA                                     04-10360-DPW

**NOTICE OF SCHEDULING PRETRIAL CONFERENCE**

WOODLOCK, District Judge

   Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **ON APRIL 13, 2005 AT 11:00 A.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock.

   By **APRIL 11, 2005**, the parties shall, **ELECTRONICALLY,** file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested), 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.

                                                                            BY THE COURT,

                                                                            /s/Michelle Rynne
                                                                              Deputy Clerk

DATED: April 6, 2005