UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10360-DPW |
| | ) |
| CARLOS MEDINA | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM ONE DAY LATE

Defendant respectfully moves this Court to permit him to file his sentencing memorandum one day late. As grounds, undersigned counsel was unable to complete the memorandum prior to the close of business on August 22, 2005.

CARLOS MEDINA
By his attorney,

*/s/ J. Martin Richey*
J. Martin Richey
B.B.O. #559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney James F. Lang by delivery on August 23, 2005.

*/s/ J. Martin Richey*
J. Martin Richey