UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10360-DPW |
| ) | |
| CARLOS MEDINA, ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Carlos Medina, by the district court (Woodlock, J.) on August 25, 2005 and the resulting Judgment in a Criminal Case (entered on the docket on August 30, 2005).

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:   /s/ James Lang
            JAMES F. LANG
            Assistant United States Attorney