# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2576

UNITED STATES

Appellant

v.

CARLOS MEDINA

Defendant - Appellee

**JUDGMENT**
Entered: November 25, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

By: MARGARET CARTER
Chief Deputy Clerk

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/25/05

[cc: Carlos Medina, J. Martin Richey, AFPD, James Francis Lang, AUSA, Dina Michael Chaitowitz, AUSA]